IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| EVAN CALIBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIPER TEC, INC.<br><br>Defendant. | CIVIL ACTION FILE NO. 4:25-cv-02648 |

### NOTICE OF APPEARANCE

Anthony I. Paronich is filing this Notice of Appearance on behalf of the plaintiff.

Dated: June 7, 2025                PLAINTIFF,

/s/ Anthony Paronich
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100