# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| **EVAN CALIBER, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**VIPER TEC, INC.**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:25-cv-02648<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Roy Miller, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on June 9, 2025, at 6:49 pm. I delivered these documents to VIPER TEC, INC. in Miami-Dade County, FL on June 11, 2025 at 12:15 pm at 7200 NW 7th Ave, Unit 4, Miami, FL 33150 by leaving the following documents with John Doe (Refused Name) who as Registered agent is authorized by appointment or by law to receive service of process for VIPER TEC, INC..

Summons and PLAINTIFF'S CLASS ACTION COMPLAINT

Additional Description:
All employees pointed to the individual served as the owner

White Male, est. age 45-54, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=25.8410202986,-80.2094897988
Photograph: See Exhibit 1

Total Cost: $85.00

My name is Roy Miller, I am 18 years of age or older, and my address is pobox 430022, Miami, FL 33243, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

　　Miami-Dade County　　　　　　　,

　　FL　　　on　　6/12/2025　　　.

/s/ *Roy Miller*

Roy Miller
+1 (786) 246-2072
Certification Number: 2518
Expiration Date: 3/9/2026

