UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVAN CALIBER, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:25-cv-2648 |
| VIPER TEC, INC., | § § § | |
| Defendant. | § § § | |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b) and Southern District of Texas Local Rule 7.2, Defendant, Viper Tec, Inc. ("**Defendant**"), respectfully files its *Unopposed Motion for Extension of Time* (the "**Motion**") and moves for an extension of time to answer or otherwise respond to the Complaint filed by Plaintiff Evan Caliber ("**Plaintiff**"). In support of this Motion, Defendant states as follows:

1. On June 7, 2025, Plaintiff commenced this action by filing his complaint (the "**Complaint**") in the Southern District of Texas. (Dkt. 1).

2. Plaintiff filed an Affidavit of service that states Defendant was served on June 9, 2025, (Dkt. 7), which would make June 30, 2025, Defendant's deadline to answer or otherwise respond.

3. Defendant's counsel was just recently retained in this matter.

4. On June 28, 2025, Defendant's counsel conferred with Plaintiff's counsel regarding an extension of Defendant's deadline to answer or otherwise respond given Defendant's counsel's recent retention in this case. Plaintiff's counsel agreed to provide a 45-day

extension from June 30, 2025, which would permit Defendant to answer or otherwise respond to the Complaint on or before August 14, 2025.

5. Defendant is seeking this extension in good faith and not for any purpose of unnecessary delay, but so justice may be done.

**WHEREFORE,** Defendant Viper Tech, Inc. respectfully requests that this Court grant this unopposed motion and order that Defendant may file an answer or otherwise respond to the Complaint on or before Thursday, August 14, 2025.

Dated: June 30, 2025.　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Jared Weir
　　　　　　　　　　　　　　　　　　Jared Weir
　　　　　　　　　　　　　　　　　　Attorney-in-charge
　　　　　　　　　　　　　　　　　　Texas Bar No. 24075253
　　　　　　　　　　　　　　　　　　Jared.Weir@gtlaw.com
　　　　　　　　　　　　　　　　　　Greenberg Traurig LLP
　　　　　　　　　　　　　　　　　　2200 Ross Avenue, Suite 5200
　　　　　　　　　　　　　　　　　　Dallas, Texas 75202
　　　　　　　　　　　　　　　　　　Phone: 214-665-3600
　　　　　　　　　　　　　　　　　　Telephone: (214) 665-3600
　　　　　　　　　　　　　　　　　　Facsimile: (214) 665-3601

　　　　　　　　　　　　　　　　　　**ATTORNEY IN CHARGE ON BEHALF OF DEFENDANT**

## CERTIFICATE OF CONFERENCE

On June 28, 2025, I conferred with Plaintiff's counsel, and he indicated that Plaintiff is unopposed to the relief requested herein.

　　　　　　　　　　　　　　　　　　/s/ Sandra Loe
　　　　　　　　　　　　　　　　　　Sandra Loe

## CERTIFICATE OF SERVICE

     I hereby certify that on June 30, 2025, I electronically filed the foregoing instrument through the Electronic Case Filing System for the Southern District of Texas, which will send notification of such filing to all counsel of record.

                                            */s/ Jared Weir*
                                            Jared Weir