UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EVAN CALIBER, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:25-cv-2648 |
| VIPER TEC, INC., | § § § | |
| Defendant. | § § § | |

**[PROPOSED] ORDER**

Pending before the Court is defendant Viper Tech, Inc.'s ("**Defendant**") *Unopposed Motion for Extension of Time* (the "**Motion**") (Dkt. 8) seeking an extension of Defendant's deadline to answer or otherwise respond to plaintiff Evan Caliber's ("**Plaintiff**") complaint (the "**Complaint**"). (Dkt. 1).

After considering the Motion and relevant authorities, the Court GRANTS the Motion.

IT IS HEREBY ORDERED that Defendant may answer or otherwise respond to Plaintiff's Complaint on or before August 14, 2025.

**SO ORDERED**, this ____ day of _____, 2025.

_____
Hon. George C. Hanks, Jr.
United States District Judge