**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| EVAN CALIBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>VIPER TEC, INC.<br>Defendant. | Case No.<br><br>**4:25-CV-2648**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF DISMISSAL**

Plaintiff Evan Caliber, by his undersigned counsel, hereby voluntarily dismisses this action, with prejudice, as to Defendant, with each party to bear its own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE. The putative Class claims are dismissed without prejudice. This Court shall retain jurisdiction to enforce the terms of an Agreement between the parties to resolve this matter.

RESPECTFULLY SUBMITTED AND DATED this August 13, 2025.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

1

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: August 13, 2025

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.