UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Evan Caliber

v.                                          Case Number: 4:25−cv−02648

Viper Tec, Inc.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Christina A Bryan**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1613762172?pwd=c2FoMHdHUXlTd2E5RVA2MlducDV0Zz09*
Meeting phone number:
Meeting ID: 161 376 2172
Meeting Password: 664485

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 9/23/2025

**TIME:** 10:15 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   August 22, 2025                                          Nathan Ochsner, Clerk