**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Evan Caliber | § | |
| | § | |
| *versus* | § | Case Number: 4:25−cv−02648 |
| | § | |
| Viper Tec, Inc. | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Initial Conference

    Date and Time: 9/23/2025

Date: August 22, 2025

                                                                                             Nathan Ochsner, Clerk