United States District Court
Southern District of Texas
**ENTERED**
October 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EVAN CALIBER, § | |
|    Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-02648 |
| § | |
| VIPER TEC, INC., § | |
|    Defendant. § | |

## ORDER OF DISMISSAL

On August 13, 2025, the Plaintiff filed a Notice of Dismissal with prejudice (Dkt. #10) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas on October 8, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE